**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TAMMI TIBBETTS,

                Plaintiff,                22 **CIVIL** 5852 (JPO)(BCM)

      -v-                            **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 27, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the administrative law judge will offer plaintiff the opportunity for a hearing and issue a new decision.

**Dated:**  New York, New York
         December 27, 2022

                                                    **RUBY J. KRAJICK**

                                                _____
                                                          **Clerk of Court**

                              **BY:**     *K. Mango*

                                                          _____
                                                          **Deputy Clerk**